THE NATIONAL INVESTORS LIFE INSURANCE COMPANY
2nd & Broadway - P.O. Box 3668
Little Rock, Arkansas 72203

PERIODIC PAYMENT ANNUITY

Annuitant:           REDACTED
Owner:               Southern California Physicians Insurance Exchange
Effective Date:      December 1, 1981
Contract Number:     30,008
Certificate Number:  9506368
Payees:              REDACTED Luis Medrano and Lisa Medrano, Guardians of REDACTED, for the Use and Benefit of REDACTED
Annuity Payment Option: Twenty-Year Period Certain and Life with Payments Increasing Annually

In consideration of the application of the Owner and the receipt of premium, The National Investors Life Insurance Company ("the Company") agrees to make annuity payments to the Payees in the amount and manner described below.

The company agrees to pay to the Payees under this Periodic Payment Annuity Certificate ("Certificate") monthly annuity payments in the initial amount of Two Thousand Nine Hundred Fifty Eight and 33/100 Dollars ($2,958.33), beginning on the first day of December, 1981, and payable on the first day of each month thereafter until a total of two hundred forty (240) payments have been paid (a twenty (20) year period certain) and thereafter for so long as the Annuitant shall live. The amount of the monthly annuity payment shall increase annually at a 6% per annum compound rate. The first such increase shall take effect coincident with the payment due on the first day of December, 1982 and subsequent increases shall take effect on the first day of December of each following year while this Certificate is in force. These payments constitute the full and complete obligation of the Company under this Certificate.

Upon receipt by the Company of due proof of the death of the Annuitant before all payments for the period certain described above have been made, any remaining payments for the balance of the specified period certain, if any, will be made as they become due to Luis Medrano and Lisa Medrano, parents of the Annuitant, per capita, in equal shares. If payments have commenced hereunder to Luis Medrano and Lisa Medrano, or either of them, as the result of the death of the Annuitant, then in the event of the subsequent death of the survivor of Luis Medrano and Lisa Medrano, the remaining payments for the balance of the specified period certain, if any, will be paid to REDACTED and REDACTED per capita, in equal shares. If, at the death of the Annuitant, neither Luis Medano nor Lisa Medrano have survived the Annuitant, any remaining payments for the balance of the specified period certain, if any, will be made as they become due to          and          per capita, in equal shares.

REDACTED

REDACTED

If payments have commenced hereunder to REDACTED and REDACTED as the result of the death of the Annuitant or the death of the survivor of Luis Medrano and Lisa Medrano, then in the event of the subsequent death of the survivor of Hermilinda Topette and Mari Cruz Tomas, the remaining payments for the balance of the specified period certain, if any, will be paid as they become due to the estate of the survivor. If, at the death of the Annuitant, neither Luis Medrano, Lisa Medrano, nor REDACTED are surviving, the remaining payments, if any, for the balance of the specified period certain will be paid as they become due to the estate of the Annuitant.

Neither the Owner, the Annuitant, the Payees, nor any beneficiary shall have the right to surrender this Certificate, to effect a partial withdrawal, to accelerate any payment or to increase or decrease the amount of the scheduled payments.

While this Certificate is in effect, the Owner may change the name of the person designated as beneficiary to whom any beneficiary proceeds may become payable, without the consent of the Annuitant, Payees or beneficiary. A written request for such change, accompanied by this Certificate, must be received by the Company at its Home Office. The change will take effect upon endorsement of this Certificate by the Company.

Payments under this Certificate shall not be subject to assignment, transfer, commutation or encumbrance.

The amount of the annuity payable is based on the date of birth of the Annuitant being REDACTED 1979, as shown on the Company's records. If this date of birth is found to be incorrect, the amount of annuity payable shall be adjusted to the appropriate actuarially-equivalent amount.

IN WITNESS WHEREOF, the Company has caused this Certificate to be signed at the Home Office of the Company at Little Rock, Arkansas.

REDACTED

THE NATIONAL INVESTORS
LIFE INSURANCE COMPANY

*[signature]*
Assistant Secretary

SS1 (121181)