METLIFE WDSM

2007 JUL -9 AM 10: 18

7-3-07

To whom it may concern:

Acct. REDACTED 9865

I VIDA MEDRANO Request that my check be Direct Deposit to Wells Fargo / Acct # REDACTED 0099

Routing → REDACTED

REDACTED 0099

The Acct is under my Dad's name Luis Medrano my ~~Gaurdian~~ Guardian

And change of Address to

Vida Medrano

20140 Acre St. Winnetka, CA. 91306

Vida Medrano