ORIGINAL

1  J. Russell Stedman (117130), rstedman@barwol.com
   Jennifer N. Lee (230727), jlee@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone:  (415) 434-2800
4  Facsimile:   (415) 434-2533

5  Attorneys for Plaintiff
   METROPOLITAN LIFE INSURANCE COMPANY

FILED
07 SEP 21 PM 2:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     vs.<br><br>LUIS MEDRANO and LISA MEDRANO, INDIVIDUALLY and AS ADMINISTRATORS OF THE ESTATE OF VM,<br><br>             Defendants. | CASE NO.: C 07 4909 HRL<br><br>**PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-16** |

i:\office7\7197\209\disclosure stmt.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-16

TO THE CLERK, THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Real Party in Interest and Plaintiff Metropolitan Life Insurance Company (hereinafter referred to as Plaintiff) by and through its counsel of record and pursuant to Federal Rule of Civil Procedure Rule 7.1 and Civil L.R. 3-16, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a public held corporation.

Dated: September 21, 2007

BARGER & WOLEN LLP

By: /s/
J. RUSSELL STEDMAN
JENNIFER N. LEE
Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-16