UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Metropolitan Life Insurance Company,<br><br>    Plaintiff,<br><br>  v.<br><br>Luis Medrano and Lisa Medrano,<br>individually and as Administrators of the Estate<br>of VM,<br><br>    Defendants.<br>_____/ | No. C07-04909<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 8, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **January 11, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on January 4, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

| | |
|---|---|
| Dated: September 28, 2007 | RICHARD W. WIEKING, Clerk<br>United States District Court<br><br>   /s/ *Patty Cromwell*<br>By: Patty Cromwell, Courtroom Deputy<br>to Magistrate Judge Howard R. Lloyd |

**United States District Court**
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Jennifer N. Lee    jlee@barwol.com, vfoo@barwol.com

John Russell Stedman    rstedman@barwol.com, jlee@barwol.com, mbatres@barwol.com, ynesbitt@barwol.com