1  BRAD C. BRERETON (SB#111266)
   TENENBAUM, CROWLEY & BRERETON
2  1362 Pacific Avenue, Suite 212
   Santa Cruz, CA 95060
3  Tel 831/429-6391
   Fax 831/459-8298
4  bcbrereton@aol.com

5  Attorney for Defendant
   & Cross-claimant
6  Lisa Medrano

7

8                    UNITED STATED DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11  METROPOLITAN LIFE INSURANCE          CASE NO.  C 07 4909 JF
    COMPANY,
12                                       **CROSS-CLAIM OF LISA MEDRANO**
13                Plaintiff,             **FOR INDEMNITY,**
                                         **&**
14          vs.                          **DEMAND FOR JURY TRIAL**

15  LUIS MEDRANO and LISA MEDRANO,
    INDIVIDUALLY and AS
16  ADMINISTRATORS OF THE ESTATE
    OF VM
17
                Defendants.
18
    _____
19
    LISA MEDRANO
20
                Cross-claimant
21
    v.
22
    LUIS MEDRANO
23
                Cross-defendant
24

25

26                  **FIRST CLAIM FOR RELIEF**
                           **INDEMNITY**
27
        Lisa Medrano is a defendant in the above captioned proceeding, and she hereby
28
    cross-claims against defendant Luis Medrano as follows:

                                    1

1    1.   Luis and Lisa Medrano were married under the laws of the state of California
2    on or about 1977, and were married at all times relevant herein,  although the parties
3    are now permanently separated.

4    2.   The complaint filed by plaintiff Metropolitan Life Insurance Company in this
proceeding alleges that defendants Luis and Lisa Medrano received payments pursuant
5    to an annuity contract after the date that payments were contractually required to stop,
6    and pursuant to allegedly wrongful conduct of the defendants.  The complaint seeks
7    judgment against the defendants for refund of the alleged excess payments, together
8    with interests, costs and attorneys fees.

9    3.    Lisa Medrano herein alleges that she had no knowledge of any such excess
10    payments, that she did not receive any material benefit from such payments, and that
11    she did not participate in any wrongdoing or culpable act or omission in relation to the
12    allegations set forth in the plaintiff's complaint.
13
14    4.   Lisa Medrano herein alleges that Luis Medrano failed to inform or disclose to
her that he had been receiving any improper payments under the Met Life annuity
15    contract described in the plaintiff's complaint, and Lisa Medrano is informed and
16    believes that Luis Medrano secreted and appropriated any such payments to his own
17    personal and separate use, to the complete exclusion of Lisa Medrano.    In doing so,
18    and without limitation to the foregoing, Luis Medrano breached his fiduciary duties and
19    other duties owed to his wife as imposed by California Law.
20
21    5.   In the event that Lisa Medrano is found legally liable to plaintiff for damages
22    as a result of the allegations and claims for relief asserted by plaintiff, any such
responsibility for damages was caused solely by the acts, omissions and breaches of
23    fiduciary duties by Luis Medrano, and therefore Lisa Medrano is entitled to full indemnity
24    from Luis Medrano, including but not limited to all attorneys fees and costs incurred in
25    defending the within action, together with any and all liability, if any, that may be
26    imposed upon Lisa Medrano as a result of this proceeding
27
28

Cross-Claim of Lisa Medrano, and Demand for Jury Trial

WHEREFORE Lisa Medrano requests relief as follows:

1.  That judgment be entered against Luis Medrano, ordering that he fully and completely indemnify Lisa Medrano against all attorneys fees and costs incurred in the defense of this matter, together with indemnity of Lisa Medrano against any and all liability imposed against her, if any, by reason of the complaint in this action.

2.  That the court award such other and further relief to Lisa Medrano as is just.

Respectfully submitted,


Dated: December 10, 2007        _____
                                BRAD C. BRERETON
                                Attorney for Defendant & Cross-claimant
                                Lisa Medrano

## **DEMAND FOR JURY TRIAL**

Lisa Medrano hereby demands a jury trial on all claims of the cross-claim.


DATED:  December 10, 2007       _____
                                BRAD C. BRERETON
                                Attorney for Defendant & cross-claimant
                                Lisa Medrano