UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE,<br>    Plaintiff,<br>V.<br>LUIS MEDRANO,<br>    Defendant. | Case Number CV-07-4909-JF<br><br>Case Management Conference<br><br>January 11, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on January 11, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

December 14, 2007                         For the Court
                                          Richard W. Wieking, Clerk


                                          By: /s/
                                          Diana Munz
                                          Courtroom Deputy Clerk