James J. Ciapciak (*pro hac vice*), jjc@candalawyers.com
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, Massachusetts 02062
Telephone: (781) 255-7401
Facsimile: (781) 255-7402

<u>Local Counsel</u>:

David Rude, drude@crlaw.net
CLARK & RUDE, SBN 67367
Ten Almaden Boulevard, Suite 550
San Jose, California 95113
Telephone (408) 971-1099
Facsimile: (408) 971-1133

Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LUIS MEDRANO and LISA MEDRANO, INDIVIDUALLY and as ADMINISTRATORS OF THE ESTATE OF VM,<br><br>Defendants. | Case No. C07-04909 JF<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

__X__   Have not yet reached an agreement to an ADR process

_____   Request an Early Settlement Conference with a Magistrate judge

Date of Case Management Conference:   <u>January 11, 2008</u>.

\\\  SEE "STIPULATION TO EXTEND TIME AND ENJOIN
\\\       CERTAIN ACTIONS" ATTACHED HERETO AS Ex A
\\\
\\\

1

The following counsel will participate in the ADR phone conference:

| **Name** | **Party** | **Phone No.** | **E-Mail Address** |
|---|---|---|---|
| James Ciapciak | Metropolitan Life Ins. | 781-255-7401 | jjc@candalawyers.com |
| David Rude | Metropolitan Life Ins. | 408-971-1099 | drude@crlaw.net |
| Brad Brereton | Lisa Medrano | 831-429-6391 | bcbrereton@aolcom |

Dated: 12/21/07

/s/ James J. Ciapciak
Attorney for Plaintiff

Dated: 12/21/07

/s/ David Rude
Attorney for Plaintiff

Dated: _____

Brad Brereton (unavailable)
Attorney for Defendant Lisa Medrano

MEDRANO, INDIVIDUALLY and as )

# ADMINISTRATORS OF THE ESTATE )

# OF VM,       )

Defendants.  )

)

## STIPULATION TO EXTEND TIME AND ENJOIN CERTAIN ACTIONS

Whereas, Metropolitan Life Insurance Company ("MetLife") has filed a Complaint against Defendant Luis Medrano ("Mr. Medrano") seeking to recover an overpayment of Annuity funds; and

Whereas, Mr. Medrano was served with a Summons and copy of the Complaint on November 20, 2007. The Answer is due on December 10, 2007; and

Whereas, Mr. Medrano does not wish to retain legal counsel to defend himself in this matter at this time; and

Whereas, Mr. Medrano has expressed a desire to resolve this matter with MetLife without the necessity of litigation and has agreed to meet with representatives of MetLife to discuss his financial ability to pay MetLife an amount of money toward the disputed claim; and

Whereas, Defendants have certain real properties and personal assets that MetLife believes Defendants could liquidate and use to raise proceeds to settle this matter; and

Whereas, MetLife is concerned that Mr. Medrano not use any extension of time it might grant him to transfer, convey or to otherwise lien, mortgage or devalue the property;

*Therefore*, the undersigned parties hereby agree:

1. Neither Mr. Medrano nor anyone working in concert with him (including his wife, agents, servants, employees, partners or legal representatives) shall dispose of, encumber, lease or waste any property in his name, including but not limited to:
    a. Carmel by the Sea ADD 5 Lot 11 BLK 102, (San Diego Assessor's Parcel Number 010-055-017);
    b. 4137 Mount Alifan PL 1, San Diego, CA 922111-2809 (San Diego County Assessors, parcel # 419-700-41-17);
    c. Kern County Assessor's Parcel # 34622140;
    d. Any retirement accounts, investment accounts, securities, stocks or bonds; and
    e. Any motor vehicles, aircraft or watercraft.
2. The time for Mr. Medrano to answer the Complaint is extended by agreement an additional sixty days. The parties agree that this extension of time is contingent upon Mr. Medrano complying with the terms of this stipulated Order;
3. This Order shall not prejudice the rights of MetLife for good cause shown to seek further relief from the Court if it determines that, at any time after the Complaint was served and throughout the period that this Stipulation is in place, Mr. Medrano has:

ATTACHMENT TO "NOTICE OF NEED FOR HDR PHONE CONFERENCE"
A

    a. misrepresented or failed to disclose to MetLife the description and location of any finances or other property he owns or controls;

    b. acted in any way to conceal or dispose of his assets, or

    c. has taken action in violation of this Order.

4. This Order may be modified or revoked by a written Stipulation of the undersigned parties signed by the Court; and

5. Mr. Medrano shall inform Plaintiff MetLife forthwith upon his learning of any event that affects the property listed in Paragraph 1, including the filing of a lien against the property.

Plaintiff,        Defendant,

Metropolitan Life Insurance Company,    Luis Medrano,          *[signature] L. A. Medrano  12-11-07*

By Its Attorneys,      Pro Se,

---

James J. Ciapciak: (*Pro Hac Vice*)    451 Dela Vina Avenue

jjc@candalawyers.com    Apartment 203

CIAPCIAK & ASSOCIATES, P.C.    Monterey CA 93940

99 Access Road    831-402-0642

Norwood, MA 02062

(781) 255-7401

Facsimile: (781) 255-7402

Dated: December ___, 2007    Dated: December ___, 2007

THE FORGOING STIPULATION IS

APPROVED AND SO ORDERED:

Dated: _____    _____

                              United States _____ Judge

Check Mail | Compose | Search Mail | Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy