1  James J. Ciapciak, (*pro hac vice*), jjc@candalawyers.com
   CIAPCIAK & ASSOCIATES, P.C.
2  99 Access Road
   Norwood, Massachusetts 02062
3  Telephone: (781) 255-7401
   Facsimile: (781)255-7402
4
   Local Counsel:
5
   David Rude, drude@crlaw.net
6  CLARK & RUDE, SBN 67367
   Ten Almaden Boulevard, Suite 550
7  San Jose, California 95113
   (408) 971-1099
8  Fax: (408) 971-1133

9  Attorneys for Plaintiff
   METROPOLITAN LIFE INSURANCE COMPANY
10

11              UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
12

13 METROPOLITAN LIFE INSURANCE    )
   COMPANY,                        )
14          Plaintiff,             )   NO.: C07-04909 JF
                                   )
15 v.                              )   ADR CERTIFICATION BY
                                   )   PARTIES AND COUNSEL
16 LUIS MEDRANO and LISA           )
   MEDRANO, INDIVIDUALLY and as    )
17 ADMINISTRATORS OF THE ESTATE    )
   OF VM,                          )
18          Defendants.            )
                                   )
19

20      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned

21 certifies that he has:

22

23

ADR CERTIFICATION BY PARTIES AND COUNSEL

1     (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern
2          District of California" down-loaded from the Court's ADR Internet site
3          www.adr.cand.uscourts.gov;
4     (2) Discussed the available dispute resolution options provided by the Court and
5          private entities; and
6     (3) Considered whether this case might benefit from any of the available dispute
7          resolution options.

8

9
10 Dated: 12/19/07             By: *Ali Pastik*
                                       Metropolitan Life Insurance Company

11

12 Dated: 12/20/07             /s/ James J. Ciapciak
13                                           Counsel

14 Dated: 12/20/07             /s/ David Rude
15                                           Local Counsel

16
17
18
19
20
21
22
23

ADR CERTIFICATION BY PARTIES AND COUNSEL