BRAD C. BRERETON (SB#111266)
TENENBAUM, CROWLEY & BRERETON
1362 Pacific Avenue, Suite 212
Santa Cruz, CA 95060
Tel 831/429-6391
Fax 831/459-8298
bcbrereton@aol.com

Attorney for Defendant & Cross-claimant
Lisa Medrano

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>vs.<br>LUIS MEDRANO and LISA MEDRANO, INDIVIDUALLY et al<br>　　　　Defendants. | CASE NO.   C07 4909 JF<br><br>**CERTIFICATION BY DEFENDANT AND CROSS-CLAIMANT LISA MEDRANO OF NO OTHER INTERESTED PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 10, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BRAD C. BRERETON
　　　　　　　　　　　　　　　　　　Attorney for Defendant & Cross-claimant
　　　　　　　　　　　　　　　　　　Lisa Medrano