1  BRAD C. BRERETON (SB#111266)
   TENENBAUM, CROWLEY & BRERETON
2  1362 Pacific Avenue, Suite 212
   Santa Cruz, CA 95060
3  Tel 831/429-6391
   Fax 831/459-8298
4  bcbrereton@aol.com

5  Attorney for Defendant & Cross-claimant
   Lisa Medrano
6

7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

| METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO.  C07 4909 JF |
|---|---|
| Plaintiff, | **NOTICE OF PENDENCY OF RELATED CASE** |
| vs. | |
| LUIS MEDRANO and LISA MEDRANO, INDIVIDUALLY et al | |
| Defendants. | |

   Pursuant to Civil L.R. 3-13,  Lisa Medrano submits that this action is related to the facts and claims disputed in the pending dissolution of marriage proceeding in the Los Angeles Superior Court between Lisa Medrano  and Luis Medrano. (both of whom are defendants in this case)  In both cases, the liability of Luis Medrano for the claimed losses of Plaintiff herein, the absence of liability in Mrs. Medrano, and the obligation of Luis Medrano to indemnify and hold Mrs. Medrano harmless, will be addressed and litigated.  The family law case is entitled *Marriage of Medrano*, Los Angeles Superior Court Case No. BD 476 625.  Mrs. Medrano has cross-claimed against Luis Medrano in this case and those issues overlap with the issues tendered in the Family Law proceeding.

1      It is unclear at this time how the determinations in the Family Law proceeding will
2  affect the issues presented in this case.

                                        Respectfully submitted,

Dated: January 10, 2008                          _____
                                        BRAD C. BRERETON
                                        Attorney for Defendant & Cross-claimant
                                        Lisa Medrano