James J. Ciapciak, (*pro hac vice*), jjc@candalawyers.com
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, Massachusetts 02062
Telephone: (781) 255-7401
Facsimile: (781)255-7402

Local Counsel:

David Rude, drude@crlaw.net
CLARK & RUDE (SBN 67367)
Ten Almaden Boulevard, Suite 550
San Jose, California 95113
(408) 971-1099
Fax: (408) 971-1133

Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>v.<br><br>LUIS MEDRANO and LISA MEDRANO, INDIVIDUALLY and as ADMINISTRATORS OF THE ESTATE OF VM,<br>　　　　Defendants. | NO.: C07-04909 JF<br><br>PLAINTIFF'S F.R.C.P. 26 (a)(1) INITIAL DISCLOSURES |

Plaintiff, Metropolitan Life Insurance Company ("MetLife"), provides the following required initial disclosures:

**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

A. <u>Individuals Likely to Have Discoverable Information:</u>

1. Defendant, Luis Medrano, 25 Crossroads #382, Carmel, CA 93923; (831) 402-0642;

2. Defendant, Lisa Medrano, c/o Brad C. Brereton, Tenenbaum, Crowley & Brereton, 1362 Pacific Avenue, Suite 212, Santa Cruz, California 95060; (831) 429-6391;

3. Cynthia Yancy, c/o James J. Ciapciak, counsel for Plaintiff MetLife (regarding her conversation with Luis Medrano);

4. Robert Linzey, c/o James J. Ciapciak, counsel for Plaintiff MetLife (regarding the overpayment).

B. <u>Documents Relevant to the Disputed Facts:</u>

1. The National Investors Life Insurance Company Periodic Payment Annuity, dated December 1, 1981;

2. Handwritten request for Direct Deposit dated July 3, 2007;

3. Copies of monthly Annuity payment checks for the period between December 1, 2001 to July 1, 2006;

4. Audio recording of telephone conversation between Luis Medrano and Cynthia Yancy.

C. <u>Damages Computation:</u>

MetLife seeks the reimbursement of overpayments to Mr. and Mrs. Medrano in the amount of $756,076.53, excluding interest. The computation of these damages is as follows:

    a. $9,487.82 per month, during the period of December 1, 2001 through November 1, 2002;

**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

2

    b. $10,057.09 per month, during the period of December 1, 2002 through November 1, 2003;

    c. $10,660.52 per month, during the period of December 1, 2003 through November 1, 2004;

    d. $11,300.15 per month, during the period of December 1, 2004 through November 1, 2005;

    e. $11,978.16 per month, during the period of December 1, 2005 through November 1, 2006; and

    f. $12,696.85 per month, during the period of December 1, 2006 through August 1, 2007.

Copies of monthly Annuity payment checks for the period between December 1, 2001 to July 1, 2006 are available for inspection and copying.

Should this Court determine that Defendants are liable for the actions set forth in Plaintiff's Complaint, MetLife will seek attorneys' fees and costs from Defendants.

D.    <u>Insurance Agreements:</u>

MetLife states that it does not have any insurance agreements that satisfy the conditions of Local Rule 26(a)(1)(D).

                  Plaintiff,

                  Metropolitan Life Insurance Company,

                  By Its Attorneys,

                  /s/ James J. Ciapciak
                  James J. Ciapciak: (*Pro Hac Vice*),
                  jjc@candalawyers.com
                  CIAPCIAK & ASSOCIATES, P.C.
                  99 Access Road
                  Norwood, MA  02062
                  (781) 255-7401
                  Fax: (781) 255-7402

**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

Local Counsel:

/s/ DAVID RUDE
David Rude, drude@crlaw.net
CLARK & RUDE
Ten Almaden Boulevard, Suite 550
San Jose, California 95113
(408) 971-1099
Fax: (408) 971-1133

Dated: January 11, 2008

**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

4