**E-filed 1/15/08**

J. Russell Stedman (117130), rstedman@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

James J. Ciapciak
*pro hac vice*
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
Telephone:    (781) 255-7401
Facsimile:    (781) 255-7402

Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS MEDRANO and LISA MEDRANO and AS ADMINSITRATORS OF THE ESTATE OF VM, <br><br> Defendants. | CASE NO.: 5:07-CV-04909 JF <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY; ORDER** <br><br> Complaint Filed:   September 21, 2007 |

Plaintiff Metropolitan Life Insurance Company hereby substitutes David Rude of the law firm of Clark & Rude, Ten Almaden Boulevard, Suite 550, San Jose, California 95113, telephone number (408) 971-1099 as attorneys of record in place and stead of the law firm of Barger & Wolen LLP.

| | |
|---|---|
| 1 | Dated this 21st day of December, 2007. |
| 2 | Respectfully submitted, |
| 3 | METROPOLITAN LIFE INSURANCE CO. |

(SIGNATURE TO FOLLOW) By: _____

Its: **ALVIN PASTERNAK**

I consent to the above substitution.

BARGER & WOLEN LLP

By: _/s/ J. Russell Stedman_
J. Russell Stedman
650 California Street, Ninth Floor
San Francisco, CA 94108-2173

I am duly admitted to practice in this District and I accept the above substitution as local counsel.

CLARK & RUDE

By: _/s/ David Rude_
David Rude
Ten Almaden Blvd, Suite 550
San Jose, CA 95113

IT IS SO ORDERED
1/15/08

By: _/s/ Jeremy Fogel_
Hon. Jeremy Fogel
United States District Judge