UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, January 18, 2008
**Case Number:** CV-07-2367-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | METROPOLITAN LIFE INSURANCE CO.  V.  LUIS MEDRANO, ET AL | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | **Attorneys Present:** David Rude | **Attorneys Present:** Brad Brereton, Luis Medrano, Pro se |

PROCEEDINGS:

    Case management conference held.  Parties are present. Case is referred to Judge Lloyd for settlement conference.  Continued to 4/18/08 at 10:30 a.m. for further case management conference.