1  BRAD C. BRERETON (SB#111266)
   TENENBAUM, CROWLEY & BRERETON
2  1362 Pacific Avenue, Suite 212
   Santa Cruz, CA 95060
3  Tel 831/429-6391
   Fax 831/459-8298
4  bcbrereton@aol.com

5  Attorney for Defendant & Cross-claimant
   Lisa Medrano
6

7              UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
8

9  METROPOLITAN LIFE INSURANCE         CASE NO.  C07 4909 JF
   COMPANY,
10                                     **ADR CERTIFICATION BY
               Plaintiff,              DEFENDANT AND CROSS-CLAIMANT
11  vs.                                LISA MEDRANO**

12  LUIS MEDRANO and LISA MEDRANO,
    INDIVIDUALLY et al
13
               Defendants.
14

15      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned

16  certifies that he or she has:

17  1.  The handbook entitled "Dispute Resolution Procedures in the Northern District of
        California" down-loaded from the Court's ADR internet site
18      www.adr.cand.uscourts.gov was explained to me by the family member
        identified below, who is fluent in the English language. He also explained this
19      document to me.

20  2.  Discussed the available dispute resolution options provided by the Court and
        private entities; and
21
22  3.  Considered whether this case might benefit from any of the available dispute
        resolution options.

23  Dated: _1-23-08_          [signature]
24                            BRAD C. BRERETON
                              Attorney for Defendant & Cross-claimant
25  Dated: _01/17/2008_       [signature: Lisa Medrano]
26                            LISA MEDRANO
                              Client
27  Dated: _01/17/2008_       [signature]
28                            JOSEPH TAMAS
                              Interpreter for Lisa Medrano

                                        1
                      ADR Certification by Parties and Counsel