1  Nicholas G. Emanuel (Bar No. 238019)
   THE LAW OFFICE OF NICHOLAS G. EMANUEL
2  510 N. First Street, Suite 214
   San Jose, California  95112
3  Tel: (408) 279-2060
   Fax: (408) 279-2094
4  nick@ngelawyer.com

5  Attorney for Defendant, LUIS MEDRANO

6

7              **UNITED STATES DISTRICT COURT**

8         **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

9

10

11 | METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO.  C 07 4909 JF |

12

13 | Plaintiff, |

14 | vs. |

15 |  | **NOTICE OF APPEARANCE** |

16 | LUIS MEDRANO and LISA MEDRANO, INDIVIDUALLY and AS THE ADMINISTRATORS OF THE ESTATE OF VM, |

17

18 | Defendants. |

19 | _____ |

20 | AND RELATED CROSS-CLAIM |

21

22

23       PLEASE TAKE NOTICE that Nicholas G. Emanuel of The Law Office of Nicholas

24 G. Emanuel, 510 N. First Street, Suite 214, San Jose, CA 95112, (408) 279-2060, hereby

25 appears as the attorney of record for Defendant Luis Medrano in the above-captioned

26 matter.

27

28 //

---

Notice of Appearance                         1                      Case No. C 07 4909 JF

| | |
|---|---|
| 1  Dated: February 27, 2008 | THE LAW OFFICE OF<br> NICHOLAS G. EMANUEL |
| 2 | |
| 3 | /s/ Nicholas Emanuel |
| 4 | _____<br>Nicholas G. Emanuel |