1  James J. Ciapciak (*pro hac vice*)`
   Ciapciak & Associates, P.C.
2  99 Access Road
   Norwood, MA  02062
3  Telephone:    (781) 255-7401
   Facsimile:    (781) 255-7402
4  E-mail:  jjc@candalawyers.com

5  David Rude (SBN 67367)
   CLARK & RUDE
6  Ten Almaden Blvd., Suite 550
   San Jose, CA  95113-2238
7  Telephone:    (408) 971-1099
   Facsimile:    (408) 971-1133
8  E-mail:  drude@crlaw.net

9  Attorneys for Plaintiff
   METROPOLITAN LIFE INSURANCE COMPANY
10

11            **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                    (San Jose Division)

14

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No.  C 07 4909 JF |
| Plaintiff, | **NOTIFICATION OF SETTLEMENT AND STIPULATION TO CONTINUE STATUS CONFERENCE 45 DAYS** |
| v. | |
| LUIS MEDRANO and LISA MEDRANO, INDIVIDUALLY and AS THE ADMINISTRATORS OF THE ESTATE OF VM, | Current Status Conference Date:   April 18, 2008<br>Time:  10:30 a.m.<br>Judge: Honorable Jeremy Fogel |
| Defendants. | |
| AND RELATED CROSS-CLAIM | |

15

16

17

18

19

20

21

22

23

24                    **NOTIFICATION OF SETTLEMENT**

25        At the initial case management conference on January 18, 2008, Defendant Luis

26  Medrano was not yet represented by counsel and appeared at the conference in person

27  representing himself.   At that time, the court referred the case to early settlement

28  conference with Judge Lloyd and set a status conference for April 18, 2008.

                                1                          Notif Sett&Stip.doc

1    Thereafter, Defendant Luis Medrano retained Nicholas G. Emanuel as counsel to

2    represent him and Mr. Emanuel filed an Answer to the Complaint and to the Lisa

3    Medrano Cross-Claim on February 28, 2008.

4    Once Mr. Medrano was represented by counsel, all parties agreed to attempt

5    settlement in mediation with JAMS in San Jose, and the Honorable David Garcia (ret.)

6    was selected as Mediator.  The case was then mediated with all parties and counsel

7    present on Monday, March 24, 2008.  At the conclusion of the mediation, the matter was

8    settled and a "Stipulation for Settlement" Memorandum setting forth the essential terms of

9    the settlement was signed by all parties and their attorneys.  That document is now being

10    converted to a more formal settlement document, setting forth the mechanics of securing

11    the settlement payment with residential real estate owned by the Defendants.    All

12    indications are that the settlement is on track for prompt implementation.

13    **STIPULATION TO CONTINUE STATUS CONFERENCE**

14    Based upon the above-described fact that the case has been settled and the

15    settlement is in the process of being implemented, the parties hereto, acting by and

16    through their attorneys of record, hereby stipulate and agree that the status conference

17    currently set for April 18, 2008 can and shall be continued at least 45 days to Friday,

18    June 6, 2008 at 10:30 a.m. or to such other time as the Court shall designate.

19    DATED:  April 14, 2008                    CLARK & RUDE

20

21                                    By:    /s/ David Rude
                                                 David Rude
22                                            Attorneys for Plaintiff
                                            METROPOLITAN LIFE INSURANCE
23                                            COMPANY

24

25

26

27

28

2

1    DATED:  April 14, 2008              THE LAW OFFICE OF NICHOLAS G.
                                         EMANUEL
2

3
                                         By:    /s/ Nicholas G. Emanuel
4                                                Nicholas G. Emanuel
                                                 Attorney for Defendant
5                                                LUIS MEDRANO

6
     DATED:  April 15, 2008              TENENBAUM, CROWLEY & BRERETON
7

8
                                         By:    /s/ Brad C. Brereton
9                                                Brad C. Brereton
                                                 Attorneys for Defendant
10                                               LISA MEDRANO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          3                          Notif Sett&Stip.doc
     NOTIFICATION OF SETTLEMENT AND STIPULATION
     CASE NO. C 074909 JF