**\*\*E-filed 6/10/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

**METROPIRAN LIFE,**

    **Plaintiff,**

     **v.**

**LUIS MEDRANO,**

    **Defendant.**

_____

No. C-07-4909-JF

Clerks's Notice

**To: All Counsel and Parties in the above named action.**

**The Court has rescheduled the Case Management Conference currently scheduled for June 13, 2008. The new hearing date is Friday, June 27, 2008 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 6/10/08**                              For the Court,
                                                Richard W. Wieking, Clerk

                                                **Diana Munz**
                                                **electronic signature**
                                                **Courtroom Deputy**