## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Status Conference, July 25, 2008
**Case Number:** CV-07-4909-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | METROPOLITAN LIFE INSURANCE CO.  V.  LUIS MEDRANO, ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: David Rude | Attorneys Present: Brad Brereton, Nicholas Emanuel |

PROCEEDINGS:

Status conference held.  Parties are present. Continued to 8/15/08 at 10:30 a.m. for further status conference.