UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Status Conference, August 15, 2008
**Case Number:** CV-07-4909-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | METROPOLITAN LIFE INSURANCE CO.  V.  LUIS MEDRANO, ET AL | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | **Attorneys Present:** David Rude | **Attorneys Present:** Brad Brereton, Nicholas Emanuel |

PROCEEDINGS:

Further status conference held.  Parties are present. The Court advises plaintiff to file an application to reopen the case, if the consideration is not paid by 11/30/08.